| | | |
|---|---|---|
| 2/12/70 | | SHOW CAUSE ORDER & NOTICE OF HEARING.- New York on Feb. 27, 1970 |
| 2/17/70 | | AMENDMENT TO SCO adding B Actions (Md. Cases) |
| 2/19/70 | 1 | MOTION by EIGHT PL. (OHIO) TO EXTEND TIME FOR FILING RESPONSES AND TO RESCHEDULE HEARING. |
| 2/20/70 | | ORDER DENYING MOTION TO RESCHEDULE HEARING. Granted extension of time fo 3/9/70 for filing supplemental respones & briefs. |
| 2/24/70 | 2 | RESPONSE OF PLAINTIFFS Cantrell, Counts, Casey, Reynolds and Sturgeon, CA 68-337, 69-341, 69-350, 69-255 and 69-384 |
| 2/24/70 | | AMENDMENT TO SCO adding "C" actions (Ohio, S.) |
| 3/9/70 | 3 | Filed RESPONSE TO ORDER TO SHOW CAUSE by plaintiff |
| 3/9/70 | 4 | Filed Supplemental Response Pursuant to Order filed 2/24/70 |
| 4/20/70 | | Filed CONSENT OF TRANSFEREE COURT signed by CJ John A. Field, Jr. to assignment of litigation to Judge Frank A. Kaufman (from Maryland) of 15 actions from S.D. Ohio and 3 actions from District of Maryland. |
| 4/20/70 | | OPINION AND ORDER assigning litigation to Judge Frank A. Kaufman (Md.) in S.D. West Virginia of 15 actions from S.D. Ohio & 3 actions from Maryland (per curiam). Sent to all interested judges and clerks, certified copy to clerk in S.D. West Virginia, all interested publishers, hearing clerk, and members of the JPML. |
| 4/23/70 | | ROBERT E. LEE, ETC. v. United States of America, S.D. Ohio No. 69-386<br>NOEL F. MOORE, ETC. v. U.S.A., S.D. Ohio, No. 69-387<br>JOHN E. HALLIDAY, ETC. v. U.S.A., S.D. Ohio, No. 69-388<br>PATRICIA K. SIMS, ETC. v. U.S.A., S.D. Ohio, No. 69-389<br>ROBERTA E. PULLEN, ETC. v. U.S.A., S.D. Ohio, No. 69-390<br>B. K. HIGLEY, ETC. v. U.S.A., S.D. Ohio, No. 69-391<br>NORALYN A. HEAD, ETC. v. U.S.A., S.D. Ohio, No. 69-392<br>HAZEL CREMEENS, ETC. v. U.S.A., S.D. Ohio, No. 69-393<br>CTO ENTERED TODAY. SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 5/5/70 | | ROBERT E. LEE, ETC. v. U.S.A., S.D. Ohio, No. 69-386<br>NOEL F. MOORE, ETC. v. U.S.A., S.D. Ohio, No. 69-387<br>JOHN E. HALLIDAY, ETC. v. U.S.A., S.D. Ohio, No. 69-388<br>PATRICIA K. SIMS, ETC. v. U.S.A., S.D. Ohio, No. 69-389<br>ROBERTA E. PULLEN, ETC. v. U.S.A., S.D. Ohio, No. 69-390<br>B. K. HIGLEY, ETC. v. U.S.A., S.D. Ohio, No. 69-391<br>NORALYN A. HEAD, ETC. v. U.S.A., S.D. Ohio, No. 69-392<br>HAZEL CREMEENS, ETC. v. U.S.A., S.D. Ohio, No. 69-393<br>CTO EFFECTIVE TODAY. NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES |
| 6/1/70 | 5 | PRACTICE AND PROCEDURE ORDER UPON TRANSFER PURSUANT TO 28 U.S.C. §1407 by Judge Kaufman |

(OPINION & ORDER FILED 4/20/70
311 F. Supp. 1345 (1970)

DOCKET NO. 39
p. 1

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT LITIGATION ARISING FROM THE SILVER BRIDGE COLLAPSE

*All dismissed - Docket Closed* (425)

| NO. | CAPTION | DISTRICT & DK. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Margaret Mae Cantrell, etc. v. United States of America, et al. *dism 1/27/75* | Ohio, S. 68-337 | | 39033 | 4/20/70 |
| A-2 | John E. Halliday, etc. v. United States Steel Corp., et al. (Est. of Adler) *dism 11/16/73* | Ohio, S. 69-328 | | 39-388 | |
| A-3 | Noralyn A. Head, etc. v. United States Steel Corp., et al. (Est. of Head) *dism 11/16/73* | Ohio, S. 69-329 | | 39-329 | |
| A-4 | Patricia K. Sims, etc. v. United States Steel Corp., et al. *dism 11/16/73* | Ohio, S. 69-330 | | 39-330 | |
| A-5 | B. K. Higley, etc. v. United States Steel Corp., et al. *dism 11/16/73* | Ohio, S. 69-331 | | 39-331 | |
| A-6 | Hazel Cremeens, etc. v. United States Steel Corp., et al. *dism 11/16/73* | Ohio, S. 69-332 | | 39-332 | |
| A-7 | Robert E. Lee, etc. v. United States Steel Corp., et al. *dism 11/16/73* | Ohio, S. 69-333 | | 39-333 | |
| A-8 | Noel F. Moore, etc. v. United States Steel Corp., et al. *dism 11/16/73* | Ohio, S. 69-334 | | 39-334 | |
| A-9 | Margaret Mae Cantrell, etc. v. United States of America *dism 1/27/75* | Ohio, S. 69-340 | | 39-340 | |
| A-10 | Dexter Marie Counts, etc. v. United States of America *dism 1/27/75* | Ohio, S. 69-341 | | 39-2 | |
| A-11 | Robert E. Pullen, etc. v. United States Steel Corp., et al. *dism 11/16/73* | Ohio, S. 69-352 | | 39-352 | |

To J. KAUFMAN (MD) IN THE S.D. OF WEST VIRGINIA

*Settlement order of 8/6/73 in all cases except those against United States in SD Ohio actions*

DOCKET NO. 39

p. 2

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT LITIGATION ARISING FROM THE SILVER BRIDGE COLLAPSE

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-12 | Mary Ethel Rouse, etc. v. United States Steel Corp., et al. (Est. of Blackman) | W. Va., S. 2448 | Christie | NTN | dismissed 11/16/73 |
| A-13 | Nancy Bennett, etc. v. United States Steel Corp., et al. | W. Va., S. 2449 | " | | |
| A-14 | Clara Towe, etc. v. United States Steel Corp., et al. | W. Va., S. 2450 | " | | |
| A-15 | Judy Mabe, etc. v. United States Steel Corp., et al. | W. Va., S. 2451 | " | | |
| A-16 | Marie L. Cundiff, etc. v. United States Steel Corp., et al. | W. Va., S. 2452 | " | | |
| A-17 | Denny Armstrong, etc. v. United States Steel Corp., et al. (Est. of Hawkins) | W. Va., S. 2459 | " | | |
| A-18 | Paul A. Scott, v. United States Steel Corp., et al. | W. Va., S. 2490 | " | | |
| A-19 | George W. Byus, etc. v. United States Corp., et al. | W. Va., S. 2597 | " | | |
| A-20 | George Turner v. United States Steel Corp., et al. | W. Va., S. 2598 | " | | |
| A-21 | Bonnie German, etc. v. United States Steel Corp., et al. (Est. of Meadows) | W. Va., S. 2599 | " | | |
| A-22 | William Frederick White, etc. v. United States Steel Corp., et al. (Est. of White) | W. Va., S. 2600 | " | | |
| A-23 | Paul M. Hayman v. United States Steel Corp., et al. | W. Va., S. 2601 | " | | |
| A-24 | Francis Owen Nunn, Jr. v. United States Steel Corp., et al. | W. Va., S. 2602 | " | | |
| A-25 | Frank Wamsley v. United States Steel Corp., et al. | W. Va., S. 2603 | " | | disp. 11/16/73 |

DOCKET NO. 39
p. 3

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT LITIGATION ARISING FROM THE SILVER BRIDGE DISASTER

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-26 | Samuel Franklin Ellis, Sr. v. United States Steel Corp., et al. | W. Va., S. 2604 | Christie | NTN | all dism'd 11/16/73 |
| A-27 | William M. Edmondson v. United States Steel Corp., et al. | W. Va., S. 2605 | " | | |
| A-28 | Rosalie McDade, etc. v. United States Steel Corp., et al. (Lane) | W. Va., S. 2660 | " | | |
| A-29 | Lydia L. Sanders, etc. v. United States Steel Corp., et al. | W. Va., S. 2661 | " | | |
| A-30 | William N. Needham v. United States Steel Corp., et al. | W. Va., S. 2671 | " | | |
| A-31 | McLean Trucking Co. v. United States Steel Corp., et al. | W. Va., S. 2672 | " | | |
| A-32 | Hennis Freight Lines, Inc. v. United States Steel Corp., et al. | W. Va., S. 2673 | " | | |
| A-33 | Lois Ann Harper, etc. v. United States Steel Corp., et al. (Est. Cantrell) | W. Va., S. 2674 | " | | |
| A-34 | Lois Ann Harper, etc. v. United States Steel Corp., et al. (Ext. Miller) | W. Va., S. 2675 | " | | |
| A-35 | Lois Ann Harper, etc. v. UnitedStates Steel Corp., et al. (Est. Darst) | W. Va., S. 2676 | " | | |
| A-36 | Lois Ann Harper, etc. v. United States Steel Corp., et al. (Est. Maxwell) | W. Va., S. 2677 | " | | |
| A-37 | Herbert P. Smith, etc. v. United States Steel Corp., et al. | W. Va., S. 2678 | " | | |
| A-38 | Herbert P. Smith, etc. v. United States Steel Corp., et al. | W. Va., S. 2679 | " | | |
| A-39 | Nancy Bennett, etc. v. United States Steel Corp., et al. | W. Va., S. 2680 | " | | |

DOCKET NO. __39__

p. 4

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

MULTIDISTRICT LITIGATION ARISING FROM THE SILVER BRIDGE DISASTER

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-40 | Charles R. Fielder, etc. v. United States Steel Corp., et al. *dism 11/16/73* | W. Va., S. 2681 | NTN | | |
| A-41 | E. M. Pete Johnson, etc. v. United States Steel Corp., et al. (Est. McManus) *dism 11/16/73* | W. Va., S. 2689 | NTN | 4/29/70 | TO J. KAUFMAN S.D. W. VA. |
| B-1 | Transport Indemnity Co., et al. v. U.S. Steel Corp., et al. *dism 11/16/73* | Maryland 21512 | | 39-21512 MD | |
| B-2 | Charles R. Fielder, v. U. S. Steel Corp., et al. *dism 11/16/73* | Maryland 21519 | | 39-21519 MD | |
| B-3 | Herbert P. Smith, etc. v. U. S. Steel Corp., et al. *dism 11/16/73* | Mar-land 21520 | | 39-21520 MD | |
| C-1 | Dexter Marie Counts, etc. v. United States of America, et al. *dis 1/27/75* | Ohio, S. 69-2 | | 39-341 | |
| C-2 | Esther E. Reynolds, etc. v. United States of America, et al. *dis 1/27/75* | Ohio, S. 69-255 | | 39-255 | |
| C-3 | Harold L. Casey, etc. v. United States Of Amrica, et al. *dis 1/27/75* | Ohio, S. 69-350 | | 39-350 | |
| C-4 | Louis Leslie Sturgeon, etc. v. United States of America, et al. *dis 1/27/75* | Ohio, S. 69-384 | | 39-384 | |
| | **TAG-ALONG CASES** | | | | |
| D-1 | Robert E. Lee, etc. v. United States of America *dis 1/27/75 4/23/70* | S.D. Ohio 69-386 | Kinneary Colmbs | 5/5/70 | 39-386 |
| D-2 | Noel F. Moore, etc. v. United States of America *dis 1/27/75 4/23/70* | S.D. Ohio 69-387 | " | 5/5/70 | 39-387 |
| D-3 | John E. Halliday, etc. v. United States of America *dis 1/27/75 4/23/70* | S.D. Ohio 69-388 | " | 5/5/70 | 39-388 |
| D-4 | Patricia K Sims, etc. v. United States of America *dis 1/27/75 4/23/70* | S.D. Ohio 69-389 | " | 5/5/70 | 39-389 |
| D-5 | Roberta E. Pullen, etc. v. United States of America *dis 1/27/75 4/23/70* | S.D. Ohio 69-390 | " | 5/5/70 | 39-390 |

DOCKET NO. 39

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT LITIGATION ARISING FROM THE SILVER BRIDGE COLLAPSE

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| D-6 | B. K. Higley, etc. v. United States of America  dis 1/27/75 4/13/10 | S.D. Ohio 69-391 | Kinneary | 5/5/70 | 39-391 |
| D-7 | Noralyn A. Head, etc. v. United States of America  dis 1/27/75 4/13/10 | S.D. Ohio 69-392 | " | 5/5/70 | 39-392 |
| D-8 | Hazel Cremeens, etc. v. United States of America  dis 1/27/75 4/13/10 | S.D. Ohio 69-393 | " | 5/5/70 | 39-393 |

DOCKET NO. 39

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT LITIGATION ARISING FROM THE SILVER BRIDGE COLLAPSE

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | A.<br>Harry Alan Sherman, Esquire<br>Carlton House<br>Pittsburgh, Pennsylvania<br><br>B.<br>Barkan and Barkan<br>8 E. Broad Street<br>Columbus, Ohio | UNITED STATES STEEL<br>George I. Meisel, Esquire<br>1800 Union Commerce Building<br>Cleveland, Ohio  44115<br><br>J. E. GREINER CO.<br>Collis Gundy Lane, Esquire<br>Caren, Lane, Huggard, Alton & Horst<br>150 East Broad Street (Rm. 860)<br>Columbus, Ohio  43215<br><br>STATE OF OHIO<br>Attorney General<br>State Capitol Building<br>Columbus, Ohio<br><br>UNITED STATES OF AMERICA<br>Honorable John Mitchell<br>Attorney General of the United States<br>Department of Justice<br>Washington, D. C. |
| A-2<br>A-3<br>A-4<br>A-6<br>A-7<br>A-8 | John D. Holschuh, Esquire<br>Alexander, Ebinger, Holschuh & Fisher<br>17 South High Street<br>Columbus, Ohio  43215<br><br>Warren F. Sheets, Esquire<br>19 Locust Street<br>Gallipolis, Ohio  45631 | UNITED STATES STEEL<br>J. E. GREINER CO.<br>  Same as A-1 above<br><br>EASCO CORPORATION<br>John C. Elam, Esquire<br>52 E. Gay Street<br>Columbus, Ohio |
| A-5 | Same As A-2 above (Holschuh); also<br><br>William P. Cherrington, Esquire<br>Cherrington & Cherrington<br>K of P Building<br>Gallipolis, Ohio 45631 | UNITED STATES OF AMERICA<br>  Lawrence Klinger, Esquire<br>  Trial Attorney, Torts Section<br>  Department of Justice<br>  Washington, D. C.  20530 |
| A-9<br>A-10 | Same as A-1 above (Sherman & Barkan) | |
| A-11 | Same as A-2 above (Holschuh); also<br><br>Manning D. Webster<br>Webster & Fultz<br>Pomeroy National Bank Building<br>Pomeroy, Ohio  45769 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-12 | Stanley E. Preiser, Esquire | UNITED STATES STEEL CORPORATION |
| A-13 | Preiser, Greene & Hunt | AMERICAN BRIDGE COMPANY |
| A-14 | Post Office Box 2506 | Ernest H. Gilbert, Esquire |
| A-15 | Charleston, West Virginia | Campbell, Love, Woodrow & Kizer |
| A-16 | | 1200 Charleston National Plaza |
| A-17 | | Charleston, West Virginia  25301 |
| A-18 | | |
| A-19 | | |
| A-20 | A-29 | J. E. GREINER COMPANY |
| A-21 | below | JOHN J. JENKINS |
| A-22 | A-39 | Edward W. Eardley, Esquire |
| A-23 | A-40 | Steptoe & Johnson |
| A-24 | | 608 Kanawha Valley Building |
| A-25 | | Charleston, West Virginia |
| A-26 | | |
| A-27 | | |
| A-28 | | |
| A-30 | John S. Haight, Esquire | Same as A-12 above (Gilbert & Eardley) |
| A-31 | Kay, Casto & Chaney | |
| A-32 | 1616 Charleston National Plaza | |
| A-33 | Charleston, West Virginia  25301 | |
| A-34 | | |
| A-35 | | |
| A-36 | | |
| A-37 | L. D. Egnor, Jr., Esquire | Same as A-12 above (Gilbert & Eardley) |
| A-38 | 824 Fifth Avenue | |
| | Post Office Box 1871 | |
| | Huntington, West Virginia | |
| | | |
| | Barrett & Chafin | |
| | 824 Fifth Avenue | |
| | Post Office Box 1871 | |
| | Huntington, West Virginia | |
| | | |
| | Also, Same as A-12 above (Preiser) | |
| A-41 | Perry S. Poffenberger, Esquire | Same as A-12 above (Gilbert & Eardley) |
| | 409 Kanawha Banking & Trust Building | |
| | Charleston, West Virginia | |
| | | |
| | Martin C. Bowles, Esquire | |
| | 407 Kanawha Banking & Trust Building | |
| | Charleston, West Virginia | |
| B-1 | Max R. Israelson, Esquire | |
| B-2 | Suite 2000, One Charles Center | |
| B-3 | Baltimore, Maryland  21201 | |
| | Also, | |
| | Same as A-12, etc. above (Preiser) | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT LITIGATION ARISING FROM THE SILVER BRIDGE COLLAPSE

| No. | Plaintiff | Defendant |
|---|---|---|
| C-1 | Same as A-1(b) - (Barkan firm)<br>Same as A-1(a) - (Sherman) | J. E. Greiner Co.<br>   Same as A-1 above (Lane)<br>U.S. Steel<br>   Same as A-1 above (Meisel) |
| D-1 thru D-8 | Same as A-2 thru A-8 (Holschuh) | William W. Milligan, Esquire<br>United States Attorney<br>U.S. Post Office & Courthouse<br>85 Marconi Boulevard<br>Columbus, Ohio 43216 |