*311   4. Supp. 1345*



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 3 0 1970

PATRICIA D. HOWARD
CLERK OF THE PANEL

THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

MULTIDISTRICT LITIGATION ARISING ) 
FROM THE SILVER BRIDGE DISASTER ) DOCKET NO. 39

OPINION AND ORDER

---

BEFORE ALFRED P. MURRAH, CHAIRMAN, AND JOHN MINOR WISDOM, EDWARD WEINFELD, EDWIN A. ROBSON,* WILLIAM H. BECKER, JOSEPH S. LORD, III, AND STANLEY A. WEIGEL, JUDGES OF THE PANEL

---

PER CURIAM

On December 15, 1967, at the height of the evening rush hour, the Silver Bridge spanning the Ohio River at Point Pleasant, West Virginia collapsed.  As a result, thirty-one cars fell into the river and forty-six persons were killed. The forty-eight actions listed on Schedule A result from this tragedy.  The bridge was allegedly fabricated by the American Bridge Division of the United States Steel Corporation.  The J.E. Greiner Company allegedly participated in the design of the bridge as consulting engineers.  They are both defendants[1] in nearly all of the actions.  The United States and the

---

\*      Although Judge Robson did not attend the hearing he has with the consent of all parties participated in this decision.

1/    The J.E. Greiner Company is apparently a dissolved Maryland corporation and its successors have also been named as defendants in many of these actions.

- 2 -

State of Ohio[2]/are defendants in certain of the actions
pending in the Southern District of Ohio.

It is manifest that this multidistrict litigation involves
substantial common questions of fact relating to liability
and in this regard it is not unlike the typical air disaster
litigation which frequently comes before the Panel.  See
*In re Fairland, Indiana Air Disaster Litigation*, ____F.Supp.___
(JPML  February 10, 1970) and cases cited therein.  The
dispute is therefore not whether these actions should be transferred
to a single district for coordinated or consolidated pretrial
proceedings pursuant to § 1407 but rather to which district
they should be transferred.

The choice is not altogether an easy one for the parties
and witnesses reside on both sides of the Ohio River.  Since
a clear majority of the actions are now pending in the
Southern District of West Virginia and most parties prefer transfer
of the related actions to that district we have concluded
that the Southern District of West Virginia would be the most
convenient district.

At the hearing on the order to show cause, several
attorneys expressed concern about the heavy dockets in both
districts and we would be most reluctant to add to the burden
of either Judge Christie or Judge Kinneary by giving either the

_____

2/    The State of Ohio has been dismissed from all but one of the
actions in which it was named as a defendant and it was never
served in that action.

added responsibility for conducting coordinated or consolidated

pretrial proceedings in this rather large multidistrict litiga-

tion.  With the typically fine cooperation of all involved we

have arranged for the assignment of Judge Frank A. Kaufman of

the District of Maryland to the Southern District of West

Virginia for the purpose of conducting coordinated or consoli-

dated pretrial proceedings.

At the hearing there was also some mention of the possible

transfer of some of these actions under 28 U.S.C. §1404(a).  As

in multidistrict air disaster litigation, transfer under §1404(a)

is often desirable but the transfer of these actions for pre-

trial proceedings under §1407 does not preclude later considera-

tion by the appropriate court of transfer under §1404(a).  *In re*

*Hendersonville, North Carolina Air Disaster Litigation*, 297 F.

Supp. 1039 (JPML 1969) and *In re Falls City, Nebraska Air*

*Disaster Litigation*, 298 F. Supp. 1323 (JPML 1969).  See also

*In re Grain Shipment Litigation*, 300 F. Supp. 1402 (JPML 1969).

IT IS THEREFORE ORDERED that the actions listed on Schedule

A pending in the Southern District of Ohio and the District of

Maryland be and the same are hereby transferred to the Southern

District of West Virginia for coordinated or consolidated pre-

trial proceedings with the related actions already pending in

that district and with the written consent of that court filed

herein, all such actions are hereby assigned to the Honorable

Frank A. Kaufman.

DOCKET NO. 39                                          SCHEDULE A

## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Margaret Mae Cantrell, etc. v. United States of America, et al. | Civil Action No. 68-337 |
| John E. Halliday, etc. v. United States Steel Corp., et al. | Civil Action No. 69-328 |
| Noralyn A. Head, etc. v. United States Steel Corp., et al. | Civil Action No. 69-329 |
| Patricia K. Sims, etc. v. United States Steel Corp., et al. | Civil Action No. 69-330 |
| B. K. Higley, etc. v. United States Steel Corp., et al. | Civil Action No. 69-331 |
| Hazel Cremeens, etc. v. United States Steel Corp., et al. | Civil Action No. 69-332 |
| Robert E. Lee, etc. v. United States Steel Corp., et al. | Civil Action No. 69-333 |
| Noel F. Moore, etc. v. United States Steel Corp., et al. | Civil Action No. 69-334 |
| Margaret Mae Cantrell, etc. v. United States of America | Civil Action No. 69-340 |
| Dexter Marie Counts, etc. v. United States of America | Civil Action No. 69-341 |
| Robert E. Pullen, etc. v. United States Steel Corp., et al. | Civil Action No. 69-352 |
| Dexter Marie Counts, etc. v. United States of America, et al. | Civil Action No. 69-2 |
| Esther E. Reynolds, etc. v. United States of America, et al. | Civil Action No. 69-255 |
| Harold L. Casey, etc. v. United States of America, et al. | Civil Action No. 69-350 |
| Louis Leslie Sturgeon, etc. v. United States of America, et al. | Civil Action No. 69-384 |

DOCKET NO. 39                    - 2 -                    SCHEDULE A

## DISTRICT OF MARYLAND

Transport Indemnity Co., et al. v. United          Civil Action
States Steel Corp., et al.                          No. 21512

Charles R. Fielder v. United States Steel          Civil Action
Corp., et al.                                       No. 21519

Herbert P. Smith, etc. v. United States            Civil Action
Steel Corp., et al.                                 No. 21520

## SOUTHERN DISTRICT OF WEST VIRGINIA

Mary Ethel Rouse, etc. v. United States            Civil Action
Steel Corp., et al.                                 No. 2448

Nancy Bennett, etc. v. United States               Civil Action
Steel Corp., et al.                                 No. 2449

Clara Towe, etc. v. United States Steel            Civil Action
Corp., et al.                                       No. 2450

DOCKET NO. 39                    - 3 -                    SCHEDULE A

SOUTHERN DISTRICT OF WEST VIRGINIA (CONTINUED)

| | |
|---|---|
| Judy Mabe, etc. v. United States Steel Corp., et al. | Civil Action No. 2451 |
| Marie L. Cundiff, etc. v. United States Steel Corp., et al. | Civil Action No. 2452 |
| Denny Armstrong, etc. v. United States Steel Corp., et al. | Civil Action No. 2459 |
| Paul A. Scott v. United States Steel Corp., et al. | Civil Action No. 2490 |
| George W. Byus, etc. v. United States Steel Corp., et al. | Civil Action No. 2597 |
| George Turner v. United States Steel Corp., et al. | Civil Action No. 2598 |
| Bonnie German, etc. v. United States Steel Corp., et al. | Civil Action No. 2599 |
| William Frederick White, etc. v. United States Steel Corp., et al. | Civil Action No. 2600 |
| Paul M. Hayman v. United States Steel Corp., et al. | Civil Action No. 2601 |
| Francis Owen Nunn, Jr. v. United States Steel Corp., et al. | Civil Action No. 2602 |
| Frank Wamsley v. United States Steel Corp., et al. | Civil Action No. 2603 |
| Samuel Franklin Ellis, Sr. v. United States Steel Corp., et al. | Civil Action No. 2604 |
| William M. Edmondson v. United States Steel Corp., et al. | Civil Action No. 2605 |
| Rosalie McDade, etc. v. United States Steel Corp., et al. | Civil Action No. 2660 |
| Lydia L. Sanders, etc. v. United States Steel Corp., et al. | Civil Action No. 2661 |

DOCKET NO. 39                    - 4 -              SCHEDULE A

### SOUTHERN DISTRICT OF WEST VIRGINIA (CONTINUED)

| | |
|---|---|
| William N. Needham v. United States Steel Corp., et al. | Civil Action No. 2671 |
| McLean Trucking Co. v. United States Steel Corp., et al. | Civil Action No. 2672 |
| Hennis Freight Lines, Inc. v. United States Steel Corp., et al. | Civil Action No. 2673 |
| Lois Ann Harper, etc. v. United States Steel Corp., et al. | Civil Action No. 2674 |
| Lois Ann Harper, etc. v. United States Steel Corp., et al. | Civil Action No. 2675 |
| Lois Ann Harper, etc. v. United States Steel Corp., et al. | Civil Action No. 2676 |
| Lois Ann Harper, etc. v. United States Steel Corp., et al. | Civil Action No. 2677 |
| Herbert P. Smith, etc. v. United States Steel Corp., et al. | Civil Action No. 2678 |
| Herbert P. Smith, etc. v. United States Steel Corp., et al. | Civil Action No. 2679 |
| Nancy Bennett, etc. v. United States Steel Corp., et al. | Civil Action No. 2680 |
| Charles R. Fielder, etc. v. United States Steel Corp., et al. | Civil Action No. 2681 |
| E. M. Pete Johnson, etc. v. United States Steel Corp., et al. | Civil Action No. 2689 |